1  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   kathyhuibonhoa@paulhastings.com
6
   Attorneys for Defendant
7  New United Motor Manufacturing, Inc.

8  ANTONIO M. LAWSON (State Bar No. 140823)
   LAWSON LAW OFFICES
9  160 Franklin Street, Suite 209
   Oakland, CA  94607
10 Telephone:  (510) 419-0940
   Facsimile:  (510) 419-0948
11 tony@lawsonlawoffices.com

12 Attorneys for Plaintiffs Continued on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COOKSON, JUNE ANDRADE, SENITA PORCHER, NIYSHA EDWARD, DAVID BOTELLO, SANTOS RAY REHMKE and DAVID AXTON on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW UNITED MOTOR MANUFACTURING, INC., TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC. <br><br> Defendants. | Case No. C10-02931 CRB <br><br> **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER THEREON** |

| | |
|---|---|
| 1 | GREGORY J. MAYEDA (State Bar No. 203509) |
|   | THE LAW OFFICES OF GREG MAYEDA |
| 2 | 410 Twelfth Street, Suite 325 |
|   | Oakland, CA  94607 |
| 3 | Telephone:  (510) 420-1400 |
|   | Facsimile:  (510) 291-9694 |
| 4 | greg@mayedalaw.com |
| 5 | BRAD SELIGMAN (State Bar No. 83838) |
|   | JOCELYN LARKIN (State Bar No. 110817) |
| 6 | THE IMPACT FUND |
|   | 125 University Avenue, Suite 102 |
| 7 | Berkeley, CA  94710 |
|   | Telephone:  (510) 845-3473 |
| 8 | Facsimile:  (510) 845-3654 |
|   | BSeligman@impactfund.org |
| 9 | JLarkin@impactfund.org |
| 10 | WILLIAM C. MCNEILL (State Bar No. 64392) |
|   | CLAUDIA CENTER (State Bar No. 158255) |
| 11 | JINNY KIM (State Bar No. 208953) |
|   | THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER |
| 12 | 600 Harrison Street, Suite 120 |
|   | San Francisco, CA  94107 |
| 13 | Telephone:  (415) 864-8848 |
|   | Facsimile:  (415) 864-8199 |
| 14 | wmcneill@las-elc.org |
|   | ccenter@las-elc.org |
| 15 | jkim@las-elc.org |
| 16 | Attorneys for Plaintiffs |

LEGAL_US_W # 65536107.1

SECOND STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
U.S.D.C., N.D. Cal., No. C-10-02931 CRB

1  Pursuant to this Court's Local Rule 6-1(a), Plaintiffs William Cookson, June Andrade, Senita Porcher, Niysha Edward, David Botello, Santos Ray Rehmke and Davis Axton, and Defendant New United Motor Manufacturing, Inc., acting through their respective counsel of record, hereby stipulate that Defendant may have up to and including September 3, 2010, by which to answer, object to, or otherwise respond to the complaint. By entering into this Stipulation, Defendant does not waive any objection or defense it may have to the complaint.

Dated: August 19, 2010.

LAWSON LAW OFFICE
ANTONIO M. LAWSON

THE LAW OFFICES OF GREG MAYEDA
GREGORY J. MAYEDA

THE IMPACT FUND
BRAD SELIGMAN
JOCELYN LARKIN

THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
WILLIAM C. McNEILL
CLAUDIA CENTER
JINNY KIM

By: _____
Jinny Kim
Attorneys for Plaintiffs

Dated: August 19, 2010.

M. KIRBY C. WILCOX
JEFFREY D. WOHL
KATHERINE C. HUIBONHOA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Katherine C. Huibonhoa
Attorneys for Defendant
New United Motor Manufacturing, Inc.

<u>ORDER</u>

The parties having stipulated, IT IS SO ORDERED.

DATED: August 23, 2010



CHARLES R. BREYER
Judge Charles R. Breyer