1  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   kathyhuibonhoa@paulhastings.com
6
7  Attorneys for Defendant
   New United Motor Manufacturing, Inc.

8  ANTONIO M. LAWSON (State Bar No. 140823)
   LAWSON LAW OFFICES
9  160 Franklin Street, Suite 209
   Oakland, CA 94607
10 Telephone: (510) 419-0940
   Facsimile: (510) 419-0948
11 tony@lawsonlawoffices.com

12 Attorneys for Plaintiffs Continued on Next Page

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 WILLIAM COOKSON, JUNE                  | Case No. C10-02931 CRB
   ANDRADE, SENITA PORCHER,
17 NIYSHA EDWARD, DAVID BOTELLO,          | **THIRD STIPULATION FOR EXTENSION
   SANTOS RAY REHMKE and DAVID            | OF TIME TO RESPOND TO FIRST
18 AXTON on behalf of themselves and all  | AMENDED COMPLAINT AND ORDER
   others similarly situated,             | THEREON**
19
                    Plaintiffs,
20
          vs.
21
   NEW UNITED MOTOR
22 MANUFACTURING, INC., TOYOTA
   MOTOR CORPORATION and
23 TOYOTA MOTOR SALES, U.S.A.,
   INC.
24
                    Defendants.
25

26

27

28

LEGAL_US_W # 65586328.3

THIRD STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
U.S.D.C., N.D. Cal., No. C-10-02931 CRB

1  GREGORY J. MAYEDA (State Bar No. 203509)
   THE LAW OFFICES OF GREG MAYEDA
2  410 Twelfth Street, Suite 325
   Oakland, CA 94607
3  Telephone: (510) 420-1400
   Facsimile: (510) 291-9694
4  greg@mayedalaw.com

5  BRAD SELIGMAN (State Bar No. 83838)
   JOCELYN LARKIN (State Bar No. 110817)
6  THE IMPACT FUND
   125 University Avenue, Suite 102
7  Berkeley, CA 94710
   Telephone: (510) 845-3473
8  Facsimile: (510) 845-3654
   BSeligman@impactfund.org
9  JLarkin@impactfund.org

10 WILLIAM C. MCNEILL (State Bar No. 64392)
   CLAUDIA CENTER (State Bar No. 158255)
11 JINNY KIM (State Bar No. 208953)
   THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
12 600 Harrison Street, Suite 120
   San Francisco, CA 94107
13 Telephone: (415) 864-8848
   Facsimile: (415) 864-8199
14 wmcneill@las-elc.org
   ccenter@las-elc.org
15 jkim@las-elc.org

16 Attorneys for Plaintiffs

WHEREAS the parties may participate in an EEOC conciliation and/or early mediation, and pursuant to this Court's Local Rule 6-1(a), Plaintiffs William Cookson, June Andrade, Senita Porcher, Niysha Edward, David Botello, Santos Ray Rehmke and Davis Axton, and Defendant New United Motor Manufacturing, Inc., through their respective counsel of record, hereby stipulate that Defendant may have up to and including September 17, 2010, by which to answer, object to, or otherwise respond to the complaint. By entering into this Stipulation, Defendant does not waive any objection or defense it may have to the complaint.

Dated: August 30, 2010.

LAWSON LAW OFFICE
ANTONIO M. LAWSON

THE LAW OFFICES OF GREG MAYEDA
GREGORY J. MAYEDA

THE IMPACT FUND
BRAD SELIGMAN
JOCELYN LARKIN

THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
WILLIAM C. McNEILL
CLAUDIA CENTER
JINNY KIM

By: _____
Jinny Kim
Attorneys for Plaintiffs

Dated: August 30, 2010.

M. KIRBY C. WILCOX
JEFFREY D. WOHL
KATHERINE C. HUIBONHOA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Katherine C. Huibonhoa
Attorneys for Defendant
New United Motor Manufacturing, Inc.

## ORDER

The parties having stipulated, IT IS SO ORDERED.

DATED: September 1, 2010



IT IS SO ORDERED
Judge Charles R. Breyer