GEORGE A. STOHNER (SBN. 214508)
CLIFFORD D. SETHNESS (SBN. 212975)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-second Floor
Los Angeles, CA 90071-3132
Telephone:    213.612.2500
Facsimile:    213.612.2501
csethness@morganlewis.com

L. JULIUS M. TURMAN (SBN 226126)
STEVEN K. GANOTIS (SBN 234252)
SACHA M. STEENHOEK (SBN 253743)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone:        415.442.1000
Fax:          415.442.1001
jturman@morganlewis.com

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

ANTOIO M. LAWSON (SBN 140823
LAWSON LAW OFFICES
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone:    (510) 419-0940
Facsimile:    (510) 419-0948
tony@lawsonlawoffices.com

Attorneys for Plaintiffs

WILLIAM C. MCNEILL (SBN 64392
CLAUDIA CENTER (SBN 158255)
JINNY KIM (SBN 208953)
THE LEGAL AID SOCIETY-
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone:    (510) 864-8848
Facsimile:    (510) 864-8199
wmcneill@las-elc.org
ccenter@law-elc.org
jkim@las-elc.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COOKSON, JUNE ANDRADE, SENITA PORCHER, NIYSHA EDWARD, DAVID BOTELLO, SANTOS RAY REHMKE, and DAVID AXTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants. | Case No. C 10-02931 CRB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[LOCAL RULE 6-1(A)] |

Additional Counsel:

GREGORY J. MAYEDA (SBN 203509)
THE LAW OFFICES OF GREG MAYEDA
410 Twelfth Street, Suite 325
Oakland, CA 94607
Telephone:   (510) 420-1400
Facsimile:   (510) 291-9694
greg@mayedalaw.com

BRAD SELIGMAN (SBN 83838)
JOCELYN LARKIN (SBN 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone:   (510) 845-3473
Facsimile:   (510) 845-3654
BSeligman@impactfund.org
JLarkin@impactfund.org

WHEREAS the parties may participate in an EEOC conciliation and/or early mediation and pursuant to this Court's Local Rule 6-1(a), Plaintiffs William Cookson, June Andrade, Senita Porcher, Niysha Edward, David Botello, Santos Ray Rehmke, and Davis Axton, and Defendant Toyota Motor Sales, U.S.A., Inc., acting through their respective counsel of record, hereby stipulate that Defendant may have up to and including September 17, 2010, by which to answer, object to, or otherwise respond to the Complaint. By entering into this Stipulation, Defendant does not waive any objection or defense it may have to the Complaint.

Dated: August 30, 2010

MORGAN, LEWIS & BOCKIUS LLP

By _____
L. Julius M. Turman

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

Dated: August 30, 2010

LAWSON LAW OFFICES

THE LAW OFFICES OF GREG MAYEDA

THE IMPACT FUND

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

By _____
Jinny Kim

Attorneys for Plaintiffs William Cookson, June Andrade, Senita Porcher, Niysha Edward, David Botello, Santos Ray Rehmke, and David Axton

**ORDER**

The parties having stipulated, **IT IS SO ORDERED.**

DATED: _September 1_, 2010

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*