1  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5  jeffwohl@paulhastings.com
   kathyhuibonhoa@paulhastings.com
6
   Attorneys for Defendant
7  New United Motor Manufacturing, Inc.

8  *(Additional Counsel on Next Page)*

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | WILLIAM COOKSON, JUNE                    | Case No. C10-02931 CRB
   | ANDRADE, SENITA PORCHER,
13 | NIYSHA EDWARD, DAVID BOTELLO,            | **STIPULATION AND [PROPOSED] ORDER
   | SANTOS RAY REHMKE and DAVID              | TO STAY FRCP 26(F) CONFERENCE,
14 | AXTON on behalf of themselves and all    | INITIAL DISCLOSURES, AND
   | others similarly situated,               | DISCOVERY PLAN; AND CONTINUE
15 |                                          | MOTION TO DISMISS HEARING AND
   |          Plaintiffs,                     | CASE MANAGEMENT CONFERENCE**
16 |
   |     vs.
17 |
   | NEW UNITED MOTOR
18 | MANUFACTURING, INC., TOYOTA
   | MOTOR CORPORATION and
19 | TOYOTA MOTOR SALES, U.S.A.,
   | INC.
20 |
   |          Defendants.
21

1  ANTONIO M. LAWSON (State Bar No. 140823)
   LAWSON LAW OFFICES
2  160 Franklin Street, Suite 209
   Oakland, CA 94607
3  Telephone: (510) 419-0940
   Facsimile: (510) 419-0948
4  tony@lawsonlawoffices.com

5  GREGORY J. MAYEDA (State Bar No. 203509)
   THE LAW OFFICES OF GREG MAYEDA
6  410 Twelfth Street, Suite 325
   Oakland, CA 94607
7  Telephone: (510) 420-1400
   Facsimile: (510) 291-9694
8  greg@mayedalaw.com

9  BRAD SELIGMAN (State Bar No. 83838)
   JOCELYN LARKIN (State Bar No. 110817)
10 THE IMPACT FUND
   125 University Avenue, Suite 102
11 Berkeley, CA 94710
   Telephone: (510) 845-3473
12 Facsimile: (510) 845-3654
   BSeligman@impactfund.org
13 JLarkin@impactfund.org

14 WILLIAM C. MCNEILL (State Bar No. 64392)
   CLAUDIA CENTER (State Bar No. 158255)
15 JINNY KIM (State Bar No. 208953)
   THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
16 600 Harrison Street, Suite 120
   San Francisco, CA 94107
17 Telephone: (415) 864-8848
   Facsimile: (415) 864-8199
18 wmcneill@las-elc.org
   ccenter@las-elc.org
19 jkim@las-elc.org

20 Attorneys for Plaintiffs

(Continued on Next Page)

1  GEORGE A. STOHNER (SBN 214508)
   CLIFFORD D. SETHNESS (SBN 212975)
2  MORGAN LEWIS & BOCKIUS LLP
   300 South Grand Avenue, Twenty-Second Floor
3  Los Angeles, CA 90071
   Tele: (213) 612-2500
4  Fax: (213) 612-2501

5  L. JULIUS M. TURMAN (SBN 226126)
   STEVEN K. GANOTIS (SBN 234252)
6  MORGAN LEWIS & BOCKIUS LLP
   One Market Plaza, Spear Street Tower
7  San Francisco, CA 94105
   Tele: (415) 442-1000
8  Fax: (415) 442-1001

9  Attorneys for Defendants
   TOYOTA MOTOR CORPORATION and
10 TOYOTA MOTOR SALES, U.S.A., INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS the parties have agreed to engage in an early mediation in this action and have scheduled a private mediation session with the Honorable Edward A. Panelli (Ret.) for November 2, 2010;

WHEREAS the parties have agreed to engage in an informal exchange of information in advance of the mediation;

WHEREAS the parties would like to focus their resources and efforts on the mediation and related informal exchange of information, as well as the pending motions to dismiss the First Amended Complaint in part under Federal Rule of Civil Procedure 12(b)(6) brought by defendant New United Motor Manufacturing, Inc. ("NUMMI") and defendants Toyota Motor Corp. and Toyota Motor Sales, U.S.A., Inc., respectively (collectively as "Motions to Dismiss");

WHEREAS the Motions to Dismiss are currently set for hearing on November 5, 2010;

WHEREAS plaintiffs have requested an additional week in which to prepare their opposition(s) to the Motions to Dismiss, currently due October 15, 2010;

WHEREAS defendants are amenable to continuing the hearing on the Motions to Dismiss in order to permit plaintiffs additional time for their opposition(s), but are not available for a later hearing until December 3, 2010; and

WHEREAS the Initial Case Management Conference is currently set for October 15, 2010;

IT IS HEREBY STIPULATED, SUBJECT TO APPROVAL BY THE COURT, THAT:

1. The initial conference of the parties as required by Federal Rule of Civil Procedure 26(f) and related deadlines, including the discovery plan described in Federal Rule of Civil Procedure

26(f)(3), initial disclosures described in Federal Rule of Civil Procedure 26(a)(1)(A), and joint case management conference statement described in Civil Local Rule 16-9, shall be deferred until an appropriate date after the mediation, to be determined jointly by the parties, with the Court's approval;

2. The hearing and remaining briefing schedule on the Motions to Dismiss shall be modified as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Opposition | October 15, 2010 | November 3, 2010 |
| Reply | October 22, 2010 | November 19, 2010 |
| Hearing | November 5, 2010 | December 3, 2010 |

3. The Initial Case Management Conference shall be continued to the date of the hearing on the Motions to Dismiss, *i.e.*, December 3, 2010.

DATED: October 8, 2010

LAWSON LAW OFFICE
LAW OFFICES OF GREG MAYEDA
THE IMPACT FUND
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER

BY: _____
CLAUDIA CENTER (JK)
Attorneys for Plaintiffs

DATED: October 8, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP

BY: _____
KATHERINE C. HUIBONHOA
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

1 | DATED: October 8, 2010

MORGAN, LEWIS & BOCKIUS LLP

BY: _____
L. JULIUS M. TURMAN
Attorneys for Defendants
TOYOTA MOTOR CORPORATION and TOYOTA MOTOR SALES, U.S.A., INC.

Case No. C-10-02931 CRB

STIPULATION TO STAY DISCOVERY AND CONTINUE MOTION TO DISMISS HEARING AND CMC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 14, 2010



CHARLES R. BREYER
United States District Judge

LEGAL_US_W # 65852193.2