Antonio M. Lawson (No. 140823)
LAWSON LAW OFFICES
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile: (510) 419-0948

Gregory J. Mayeda (No. 203509)
THE LAW OFFICES OF GREG MAYEDA
410 Twelfth Street, Suite 325
Oakland, CA 94607
Telephone: (510) 420-1400
Facsimile: (510) 291-9694

Brad Seligman (No. 83838)
Jocelyn Larkin (No. 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

William C. McNeill (No. 64392)
Claudia Center (No. 158255)
Jinny Kim (No. 208953)
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiffs
*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COOKSON, JUNE ANDRADE, SENITA PORCHER, NIYSHA EDWARD, DAVID BOTELLO, SANTOS RAY REHMKE and DAVID AXTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants. | CLASS ACTION<br><br>Case No. C10-02931 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY FRCP 26(F) CONFERENCE, INITIAL DISCLOSURES, AND DISCOVERY PLAN; AND CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>[Hon. Charles R. Breyer] |

| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (Cal. State Bar No. 78576) |
| | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| 2 | KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648) |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street, 24th Floor |
| 4 | San Francisco, California 94105-3441 |
| | Telephone: (415) 856-7000 |
| 5 | Facsimile: (415) 856-7100 |
| | jeffwohl@paulhastings.com |
| 6 | kathyhuibonhoa@paulhastings.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | New United Motor Manufacturing, Inc. |
| 9 | |
| | GEORGE A. STOHNER (Cal. State Bar No. 214508) |
| 10 | CLIFFORD D. SETHNESS (Cal. State Bar No. 212975) |
| | MORGAN LEWIS & BOCKIUS LLP |
| 11 | 300 South Grand Avenue, Twenty-Second Floor |
| 12 | Los Angeles, CA 90071 |
| | Tele: (213) 612-2500 |
| 13 | Fax: (213) 612-2501 |
| 14 | L. JULIUS M. TURMAN (Cal. State Bar No. 226126) |
| | STEVEN K. GANOTIS (Cal. State Bar No. 234252) |
| 15 | MORGAN LEWIS & BOCKIUS LLP |
| 16 | One Market Plaza, Spear Street Tower |
| | San Francisco, CA 94105 |
| 17 | Tele: (415) 442-1000 |
| | Fax: (415) 442-1001 |
| 18 | |
| 19 | Attorneys for Defendants |
| | TOYOTA MOTOR CORPORATION and |
| 20 | TOYOTA MOTOR SALES, U.S.A., INC. |

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

1  WHEREAS the parties are participating in an early mediation in this action with the
2  Honorable Edward A. Panelli (Ret.) and have attended a private mediation session with Justice
3  Panelli on November 2, 2010;

4  WHEREAS the parties would like to focus their resources and efforts on the ongoing
5  settlement process;

6  WHEREAS the Motions to Dismiss and the Case Management Conference are currently set
7  for hearing on December 3, 2010;

8  IT IS HEREBY STIPULATED, SUBJECT TO APPROVAL BY THE COURT, THAT:

9  1. The initial conference of the parties as required by Federal Rule of Civil Procedure
10 26(f) and related deadlines, including the discovery plan described in Federal Rule of Civil
11 Procedure 26(f)(3), initial disclosures described in Federal Rule of Civil Procedure 26(a)(1)(A), and
12 joint case management conference statement described in Civil Local Rule 16-9, shall be deferred
13 until an appropriate date following the settlement process, to be determined jointly by the parties,
14 with the Court's approval;

15 2. The hearing and remaining briefing schedule on the Motions to Dismiss shall be
16 modified as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Opposition | November 3, 2010 | December 23, 2010 |
| Reply | November 19, 2010 | January 7, 2011 |
| Hearing | December 3, 2010 | January 21, 2011 |

22 3. The Initial Case Management Conference shall be continued to the date of the hearing
23 on the Motions to Dismiss, i.e., January 21, 2011.

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

Page 1

1  DATED: November 5, 2010            LAWSON LAW OFFICE
2                                     LAW OFFICES OF GREG MAYEDA
                                      THE IMPACT FUND
3                                     THE LEGAL AID SOCIETY-EMPLOYMENT LAW
                                      CENTER
4

5
                                      BY: /s/ William C. McNeill
6                                        WILLIAM C. MCNEILL
                                         Attorneys for Plaintiffs
7

8  DATED: November 5, 2010            PAUL, HASTINGS, JANOFSKY & WALKER LLP
9

10
                                      BY: _____
11                                       KATHERINE C. HUIBONHOA
                                         Attorneys for Defendant
12                                       NEW UNITED MOTOR
                                         MANUFACTURING, INC.
13

14 DATED: November 5, 2010            MORGAN, LEWIS & BOCKIUS LLP

15

16
                                      BY: /s/ L. Julius M. Turman
17                                       L. JULIUS M. TURMAN
                                         Attorneys for Defendants
18                                       TOYOTA MOTOR CORPORATION and
                                         TOYOTA MOTOR SALES, U.S.A., INC.
19

20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

```
 1  DATED: November 5, 2010           LAWSON LAW OFFICE
                                      LAW OFFICES OF GREG MAYEDA
 2                                    THE IMPACT FUND
                                      THE LEGAL AID SOCIETY-EMPLOYMENT LAW
 3                                        CENTER
 4
 5
                                      BY:_____
 6                                       WILLIAM C. MCNEILL
                                         Attorneys for Plaintiffs
 7
 8  DATED: November 5, 2010           PAUL, HASTINGS, JANOFSKY & WALKER LLP
 9
10                                    BY: /s/ Katherine C. Huibonhoa
11                                       KATHERINE C. HUIBONHOA
                                         Attorneys for Defendant
12                                       NEW UNITED MOTOR
                                         MANUFACTURING, INC.
13
14  DATED: November 5, 2010           MORGAN, LEWIS & BOCKIUS LLP
15
16
                                      BY:_____
17                                       L. JULIUS M. TURMAN
                                         Attorneys for Defendants
18                                       TOYOTA MOTOR CORPORATION and
                                         TOYOTA MOTOR SALES, U.S.A., INC.
19
```

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

Page 2

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: November 9, 2010



Charles R. Breyer, District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

Page 3