Antonio M. Lawson (No. 140823)
LAWSON LAW OFFICES
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile: (510) 419-0948

Gregory J. Mayeda (No. 203509)
THE LAW OFFICES OF GREG MAYEDA
410 Twelfth Street, Suite 325
Oakland, CA 94607
Telephone: (510) 420-1400
Facsimile: (510) 291-9694

Brad Seligman (No. 83838)
Jocelyn Larkin (No. 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

William C. McNeill (No. 64392)
Claudia Center (No. 158255)
Jinny Kim (No. 208953)
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiffs
*(Additional Counsel on Next Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COOKSON, JUNE ANDRADE, SENITA PORCHER, NIYSHA EDWARD, DAVID BOTELLO, SANTOS RAY REHMKE and DAVID AXTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. C10-02931 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY FRCP 26(F) CONFERENCE, INITIAL DISCLOSURES, AND DISCOVERY PLAN; AND CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>[Hon. Charles R. Breyer] |

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

1  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
2  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648)
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
4  San Francisco, California 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  kathyhuibonhoa@paulhastings.com

7
   Attorneys for Defendant
8  New United Motor Manufacturing, Inc.

9
   GEORGE A. STOHNER (Cal. State Bar No. 214508)
10 CLIFFORD D. SETHNESS (Cal. State Bar No. 212975)
   MORGAN LEWIS & BOCKIUS LLP
11 300 South Grand Avenue, Twenty-Second Floor
   Los Angeles, CA 90071
12 Tele: (213) 612-2500
13 Fax: (213) 612-2501

14 L. JULIUS M. TURMAN (Cal. State Bar No. 226126)
   STEVEN K. GANOTIS (Cal. State Bar No. 234252)
15 MORGAN LEWIS & BOCKIUS LLP
16 One Market Plaza, Spear Street Tower
   San Francisco, CA 94105
17 Tele: (415) 442-1000
   Fax: (415) 442-1001
18
   Attorneys for Defendants
19 TOYOTA MOTOR CORPORATION and
20 TOYOTA MOTOR SALES, U.S.A., INC.

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER
   Case No. C10-02931 CRB

WHEREAS the parties attended a private mediation session with Justice Panelli on November 2, 2010 and continued in settlement discussions thereafter with Justice Panelli.

WHEREAS the parties have agreed to the mediator's proposed settlement and would like to focus their resources and efforts on the finalizing the settlement agreement;

WHEREAS the Motions to Dismiss and the Case Management Conference are currently set for hearing on January 21, 2011;

IT IS HEREBY STIPULATED, SUBJECT TO APPROVAL BY THE COURT, THAT:

1. The initial conference of the parties as required by Federal Rule of Civil Procedure 26(f) and related deadlines, including the discovery plan described in Federal Rule of Civil Procedure 26(f)(3), initial disclosures described in Federal Rule of Civil Procedure 26(a)(1)(A), and joint case management conference statement described in Civil Local Rule 16-9, shall be deferred until an appropriate date following the settlement process, to be determined jointly by the parties, with the Court's approval;

2. The hearing and remaining briefing schedule on the Motions to Dismiss shall be modified as follows:

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| Opposition | December 23, 2010 | February 7, 2011 |
| Reply | January 7, 2011 | February 21, 2011 |
| Hearing | January 21, 2011 | March 4, 2011 |

3. The Initial Case Management Conference shall be continued to the date of the hearing on the Motions to Dismiss, i.e., March 4, 2011.

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

Page 1

| | | |
|---|---|---|
| 1 | DATED: December 20, 2010 | LAWSON LAW OFFICES |
| 2 | | LAW OFFICES OF GREG MAYEDA |
| | | THE IMPACT FUND |
| 3 | | THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER |

BY: _____
ANTONIO M. LAWSON
Attorneys for Plaintiffs

DATED: December 20, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP

BY: _____
KATHERINE C. HUIBONHOA
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

DATED: December 20, 2010

MORGAN, LEWIS & BOCKIUS LLP

BY: _____
L. JULIUS M. TURMAN
Attorneys for Defendants
TOYOTA MOTOR CORPORATION and
TOYOTA MOTOR SALES, U.S.A., INC.

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: __December 21, 2010__

_____
Charles R. Breyer, District C...



IT IS SO ORDERED
Judge Charles R. Breyer