Antonio M. Lawson (No. 140823)
LAWSON LAW OFFICES
160 Franklin Street, Suite 209
Oakland, CA 94607
Telephone: (510) 419-0940
Facsimile: (510) 419-0948

Gregory J. Mayeda (No. 203509)
THE LAW OFFICES OF GREG MAYEDA
410 Twelfth Street, Suite 325
Oakland, CA 94607
Telephone: (510) 420-1400
Facsimile: (510) 291-9694

Brad Seligman (No. 83838)
Jocelyn Larkin (No. 110817)
THE IMPACT FUND
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 845-3473
Facsimile: (510) 845-3654

William C. McNeill (No. 64392)
Claudia Center (No. 158255)
Jinny Kim (No. 208953)
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiffs
*(Additional Counsel on Next Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COOKSON, JUNE ANDRADE, SENITA PORCHER, NIYSHA EDWARD, DAVID BOTELLO, SANTOS RAY REHMKE and DAVID AXTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC., TOYOTA MOTOR CORPORATION, and TOYOTA MOTOR SALES, U.S.A., INC.<br><br>Defendants. | CLASS ACTION<br><br>Case No. C10-02931 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY FRCP 26(F) CONFERENCE, INITIAL DISCLOSURES, AND DISCOVERY PLAN; AND CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>[Hon. Charles R. Breyer] |

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

1  M. KIRBY C. WILCOX (Cal. State Bar No. 78576)
   JEFFREY D. WOHL (Cal. State Bar No. 96838)
2  KATHERINE C. HUIBONHOA (Cal. State Bar No. 207648)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
4  San Francisco, California  94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100
   jeffwohl@paulhastings.com
6  kathyhuibonhoa@paulhastings.com

7  Attorneys for Defendant
8  New United Motor Manufacturing, Inc.

9
   GEORGE A. STOHNER (Cal. State Bar No. 214508)
10 CLIFFORD D. SETHNESS (Cal. State Bar No. 212975)
   MORGAN LEWIS & BOCKIUS LLP
11 300 South Grand Avenue, Twenty-Second Floor
   Los Angeles, CA 90071
12 Tele: (213) 612-2500
13 Fax: (213) 612-2501

14 L. JULIUS M. TURMAN (Cal. State Bar No. 226126)
   STEVEN K. GANOTIS (Cal. State Bar No. 234252)
15 MORGAN LEWIS & BOCKIUS LLP
16 One Market Plaza, Spear Street Tower
   San Francisco, CA 94105
17 Tele: (415) 442-1000
   Fax: (415) 442-1001
18
19 Attorneys for Defendants
   TOYOTA MOTOR CORPORATION and
20 TOYOTA MOTOR SALES, U.S.A., INC.

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER
   Case No. C10-02931 CRB

1. WHEREAS the parties attended a private mediation session with Justice Panelli on November 2, 2010 and continued in settlement discussions thereafter with Justice Panelli.

WHEREAS the parties have agreed to the mediator's proposed settlement and have made significant progress towards resolution of the dispute with only a few minor issues remaining;

WHEREAS the parties believe they will have a final settlement within 1-2 days;

WHEREAS the Motions to Dismiss and the Case Management Conference are currently set for hearing on March 4, 2011;

WHEREAS plaintiffs' oppositions to defendants' motions to dismiss are due February 7, 2011;

IT IS HEREBY STIPULATED, SUBJECT TO APPROVAL BY THE COURT, THAT:

1.  The initial conference of the parties as required by Federal Rule of Civil Procedure 26(f) and related deadlines, including the discovery plan described in Federal Rule of Civil Procedure 26(f)(3), initial disclosures described in Federal Rule of Civil Procedure 26(a)(1)(A), and joint case management conference statement described in Civil Local Rule 16-9, shall be deferred until an appropriate date following the settlement process, to be determined jointly by the parties, with the Court's approval;

2.  The hearing and remaining briefing schedule on the Motions to Dismiss shall be modified as follows:

| Event | Current Due Date | Proposed Due Date |
| --- | --- | --- |
| Opposition | February 7, 2011 | February 21, 2011 |
| Reply | February 21, 2011 | March 7, 2011 |
| Hearing | March 4, 2011 | March 18, 2011 |

3.  The Initial Case Management Conference shall be continued to the date of the hearing on the Motions to Dismiss, i.e., March 18, 2011.

STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB                                                                                   Page 1

```
 1  DATED: February 7, 2011          LAWSON LAW OFFICES
                                     LAW OFFICES OF GREG MAYEDA
 2                                   THE IMPACT FUND
                                     THE LEGAL AID SOCIETY-EMPLOYMENT LAW
 3                                     CENTER
 4

 5
                                     BY: /s/Antonio Lawson
 6                                       ANTONIO M. LAWSON
                                         Attorneys for Plaintiffs
 7

 8  DATED: February 7, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

 9

10                                   BY: [signature]
11                                       KATHERINE C. HUIBONHOA
                                         Attorneys for Defendant
12                                       NEW UNITED MOTOR
                                         MANUFACTURING, INC.
13

14  DATED: February 7, 2011          MORGAN, LEWIS & BOCKIUS LLP

15

16                                   BY:
17                                       L. JULIUS M. TURMAN
                                         Attorneys for Defendants
18                                       TOYOTA MOTOR CORPORATION and
                                         TOYOTA MOTOR SALES, U.S.A., INC.
```

1 | DATED: February 7, 2011

LAWSON LAW OFFICES
LAW OFFICES OF GREG MAYEDA
THE IMPACT FUND
THE LEGAL AID SOCIETY-EMPLOYMENT LAW
    CENTER


BY: /s/Antonio Lawson
    ANTONIO M. LAWSON
    Attorneys for Plaintiffs

8 | DATED: February 7, 2011

PAUL, HASTINGS, JANOFSKY & WALKER LLP


BY:
    KATHERINE C. HUIBONHOA
    Attorneys for Defendant
    NEW UNITED MOTOR
    MANUFACTURING, INC.

14 | DATED: February 7, 2011

MORGAN, LEWIS & BOCKIUS LLP


BY: [signature]
    ~~L. JULIUS M. TURMAN~~
    GEORGE STOHNER
    Attorneys for Defendants
    TOYOTA MOTOR CORPORATION and
    TOYOTA MOTOR SALES, U.S.A., INC.

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: February 9, 2011

_____
Charles R. Breyer, District Court Judge



STIPULATION AND [PROPOSED] ORDER
Case No. C10-02931 CRB

Page 3